IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 11-cv-01708-WDM-KMT

BRANDY MASON,

    Plaintiff,

v.

THE RECEIVABLE MANAGEMENT SERVICES CORPORATION, a Delaware corporation,

    Defendant.

## NOTICE OF VOLUNTARY DISMISSAL

Miller, J.

This matter is before me on notice of voluntary dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) (ECF No. 10) filed by plaintiff. Defendant has not answered the complaint. Accordingly, I take judicial notice that the complaint is dismissed with prejudice, each party to pay his, her, or its own attorneys' fees and costs.

DATED at Denver, Colorado, on July 25, 2011.

BY THE COURT:

s/ Walker D. Miller
United States Senior District Judge

PDF FINAL